[No. 67945-7-I.   Division One.   September 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. NICANDRO SANCHEZ-CISNEROS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-1-00894-1, Dave Needy, J., entered September 19, 2011. *Remanded* by unpublished per curiam opinion.

[No. 40232-7-II.   Division Two.   September 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY L. THAYER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 09-1-00314-9, Toni A. Sheldon and Amber L. Finlay, JJ., entered January 11, 2010. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Armstrong, J.

[No. 41536-4-II.   Division Two.   September 5, 2012.]

PATRICE CLINTON, *Appellant*, v. DEUTCHE BANK NATIONAL TRUST COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-08167-6, Rosanne Buckner, J., entered November 5, 2010. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Quinn-Brintnall, J.

[No. 41674-3-II.   Division Two.   September 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN DOUGLAS JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00576-7, Edmund Murphy, J., entered December 17, 2010. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Armstrong and Penoyar, JJ.